CRIMINAL CAUSE FOR GUILTY PLEA

BEFORE: U.S.D.J. GARAUFIS  DATE: 5/04/07  TIME: 11:00 AM

DOCKET NUMBER: CR 03-1382           TITLE: USA -RIZZUTO

DEFT. NAME VITO RIZZUTO                              DFT. #:____
       X PRESENT, __ NOT PRESENT, X IN CUSTODY,  ON BAIL

     ATTY FOR DEFT. JOHN MITCHELL

                           X PRESENT,  __ NOT PRESENT   __ RET
                                                        __ PDA

DEFT. NAME_____    DFT. _____
    __ PRESENT, ___ NOT PRESENT, ___ IN CUSTODY, _ ON BAIL

     ATTY FOR DEFT.:                                    __ CJA
           __ PRESENT,      ____ NOT PRESENT            __ RET
                                                        __ PDA

DEFT. NAME:_____ DFT. #:_____
    __ PRESENT, __ NOT PRESENT, __ IN CUSTODY __ ON BAIL

     ATTY FOR DEFT.:                                    __ CJA
                    __ PRESENT, __ NOT PRESENT          __ RET
                                                        __ PDA

AUSA: GREG ANDRES              DEPUTY CLERK: J. RECCOPPA

COURT REPORTER(S) OR ESR OPERATOR: _____

INTERPRETER(S): _____  OTHER: _____
     Docket clerks: Enter all information under KCE, then
                 enter other vital event names as needed.
X    CASE CALLED.  KCE
__   DEFT(S) _____ ENTERS {KPL} OF <GUILTY TO  (S-1)
     COUNT(S) 00 1   OF THE (SUPERSEDING) INDICTMENT INFORMATION
     {GPL} > OR <NOT GUILTY TO ALL CHARGES. {NGPL}> OR <NOLO
     CONTENDERE. {NOLOPL}
✓    COURT FINDS FACTUAL BASIS FOR THE PLEA
X    SENTENCE DATE: FRIDAY, JULY 27, 2007 @ 3:00 PM
                   MAY 25,         11:00 AM