## CRIMINAL CAUSE FOR SENTENCING

BEFORE JUDGE: __GARAUFIS__   DATE: __5/25/07__   TIME: __11:00 AM__

DOCKET NUMBER: __03-CR-1382__   TITLE: __USA - RIZZUTO__

DEFT. NAME __VITO RIZZUTO__   DFT. #: _____
  _X_ PRESENT, ___NOT PRESENT, X CUSTODY   ____ON BAIL

     ATTY FOR DEFT.:   __JOHN MITCHELL/DAVID SCHOEN__
                                                          ___CJA
                       _X_PRESENT,   ___NOT PRESENT   ___RET
                                                          ___PDA
DEFT. NAME: _____DFT. #: _____
     ___PRESENT, ___NOT PRESENT, ___IN CUSTODY, ___ON BAIL

     ATTY FOR DEFT.: _____    ___CJA
                     ___PRESENT,  ___NOT PRESENT   ___RET
DEFT. NAME: _____ ___ IN CUSTODY           ___PDA
     ATTY FOR DEFT. _____ ___ NOT PRESENT

A.U.S.A.: __GREG ANDRES__

DEPUTY CLERK: __JOSEPH RECCOPPA__

COURT REPORTER(S) OR ESR OPERATOR: __ANTHONY MANCUSO__

INTERPRETER(S): _____   OTHER: _____

     Docket clerks: Enter all information under KCE, then
                    enter other vital event names as needed.


OTHER: ____SEE JUDGMENT._____