UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                       03-CR-1382 (S-1) (NGG)

FRANK AMBROSINO

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Assistant United States Attorney Maria Cruz Melendez from this point forward will be added as counsel in the above-captioned matter.

      All future correspondence to the United States in the above-captioned matter should be sent to:

      Assistant U.S. Attorney Maria Cruz Melendez
      United States Attorney's Office (Criminal Division)
      271-A Cadman Plaza East
      Brooklyn, New York 11201
      Tel:  (718) 254-6408
      Fax: (718) 254- 6669
      Email: maria.cruzmelendez@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Maria Cruz Melendez at the email address set forth above.

Dated: Brooklyn, New York
July 19, 2019

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/ Maria Cruz Melendez
Maria Cruz Melendez
Assistant U.S. Attorney

cc:   Clerk of the Court (NGG)